IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JONATHAN WRINKLES,
KACI HOLLYFIELD, and
JERRY LANE, JR.,

    Plaintiffs,

  vs.             Case No. 05-CV-2060-KHV/GLR

THE COUNTY COMMISSION OF
MONTGOMERY COUNTY, KANSAS,

    Defendant.

### ORDER OF DISMISSAL

**NOW**, on this 16th day of February, 2006, the parties jointly request Plaintiff Jonathan Wrinkles be dismissed from the above-entitled action. Plaintiffs appear by and through attorney Jim Lawing. Defendant appears by and through attorney Terelle A. Mock. Whereupon, the parties jointly request that Plaintiff Jonathan Wrinkles be dismissed and all claims of Jonathan Wrinkles which have been or could have been asserted in this action be dismissed with prejudice.

**WHEREUPON**, after review of the file and consideration of the statements of counsel, the Court finds that the parties' joint oral motion to dismiss Plaintiff Jonathan Wrinkles from the above-entitled action be granted. The Court further finds that all claims of the Plaintiff Jonathan Wrinkles which have been or could have been asserted in the action be dismissed with prejudice.

**IT IS SO ORDERED.** February 21, 2006.

        s/ Kathryn H. Vratil
        ————————————————————
        HONORABLE KATHRYN H. VRATIL
        U.S. DISTRICT COURT JUDGE

T0331934.WPD

Submitted and approved by:

s/ *Terelle Mock*

Terelle A. Mock #21465
J. Steven Pigg  #09213
Attorney for Defendant
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street
P. O. Box 949
Topeka, Kansas  66601-0949
Phone number:  (785) 232-7761
Fax number:  (785) 232-6604
Attorney's E-mail address:  spigg@fisherpatterson.com

/s *Jim Lawing*

Jim Lawing  #6218
Attorney for Plaintiffs
200 East First Street, Suite 400
Wichita, Kansas  67202
Phone number: (316) 267-2821
Fax number: (316) 267-5389
Attorney's E-mail address:  jinxmaryann@msn.com