IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KACI HOLLYFIELD, and
JERRY LANE, JR.,

            Plaintiffs,

vs.                                             Case No. 05-CV-2060-KHV/GLR

THE COUNTY COMMISSION OF
MONTGOMERY COUNTY, KANSAS,

            Defendant.

## ORDER OF DISMISSAL

The Court finds that the time within which to file motions to certify any class has expired with no motion having been filed and that the individual plaintiffs have abandoned any class allegations. Any claims of potential class members are therefore dismissed without prejudice.

Pursuant to the stipulation of the parties and F.R.Civ.P. 41(a), the Court hereby orders that all claims of the named plaintiffs, Kaci Hollyfield and Jerry Lane, Jr., are dismissed with prejudice with each party to bear his, her or its own costs, attorney's fees and expenses of litigation.

IT IS SO ORDERED on this 12th day of April, 2006.

                                                  s/ Kathryn H. Vratil
                                                  KATHRYN H. VRATIL
                                                  United States District Court Judge

ood.WPD